IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYNTHIA EVANS                                                                  PLAINTIFF

v.                              Case No. 4:11-cv-277-DPM

SUN LIFE ASSURANCE
COMPANY OF CANADA                                                    DEFENDANT

JUDGMENT

Cynthia Evans's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2011